UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CEDAR BUILDERS, INC., d/b/a CEDAR )<br>PROPERTY MANAGEMENT; CEDAR )<br>SPRINGS ESTATES; RICHARD D. )<br>NACCARATO; CEDAR CHATEAU )<br>ESTATES PARTNERSHIP; CEDAR )<br>CHATEAU ESTATES B PARTNERSHIP; )<br>CEDAR CANYON VILLAGE, LLC; AND )<br>GLEN A. CLONINGER & ASSOCIATES, )<br>)<br>Defendants. )<br>_____) | C.A. No. CV-05-0283-LRS<br><br>ORDER |

ORDER

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss with Prejudice Defendant Richard D. Naccarato, it is hereby:

ORDERED that Defendant Richard D. Naccarato is dismissed from this matter with prejudice and without fees and costs to either party.

ORDERED this 8th of December, 2005.


s/Lonny R. Suko
Lonny R. Suko
UNITED STATES DISTRICT COURT JUDGE